■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMINENT ALLAH, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 23, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Evans, Lane, Yesawich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents, v MARTIN LUBLIN et al., Defendants, and EDWARD KACSUR et al., Appellants.— Order, Supreme Court, New York County, entered on April 28, 1978, unanimously affirmed for the reasons stated by Kassal, J., at Special Term. Respondents shall recover of appellants $40 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Birns, Fein and Lane, JJ.